NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL M. KAHR,**

*Plaintiff-Appellant*

**v.**

**MICHAEL E. COLE, IRON WORKS CONSTRUCTION COMPANY LLC,**

*Defendants-Appellees*

---

2017-1391

---

Appeal from the United States District Court for the Eastern District of Wisconsin in No. 1:13-cv-01005-WCG, Chief Judge William C. Griesbach.

---

## JUDGMENT

---

SHERRY DAWN COLEY, Davis & Kuelthau, SC, Green Bay, WI, argued for plaintiff-appellant. Also represented by JAMES EARL LOWE, JR., MATTHEW R. MCCLEAN, Milwaukee, WI.

PAUL J. ROBBENNOLT, Winthrop & Weinstine, PA, Minneapolis, MN, argued for defendants-appellees. Also represented by BRETT KLEIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, SCHALL, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| | |
|---|---|
| November 9, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |